# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

    **ADV:** 10-90553

    **WAVE HOUSE BELMONT PARK, LLC VS THE CITY OF SAN DIEGO**

| | |
|---|---|
| **Debtor:** | WAVE HOUSE BELMONT PARK, LLC |
| **Case Number:** | 10-19663-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 09, 2011 11:30 AM    DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | HEATHER PITVORIC |

### *Matter:*

    STATUS RE: EMERGENCY MOTION FOR EXTENSION OF AUTOMATIC STAY PROVIDED BY U.S.C. 362 TO THIRD PARTY EAST WEST BANK (fr 4/28/11)

### *Appearances:*

    JOHN L. SMAHA, ATTORNEY FOR WAVE HOUSE BELMONT PARK, LLC
    GARY E. SLATER, ATTORNEY FOR THE CITY OF SAN DIEGO
    CLAYTON WELCH, ATTORNEY FOR THE CITY OF SAN DIEGO
    DAVID POITRAS, ATTORNEY FOR EAST WEST BANK
    BARRY FREEMAN, ATTORNEY FOR EAST WEST BANK (telephonically)
    MAITA PROUT, ATTORNEY FOR EAST WEST BANK (telephonically)
    MARY TESTERMAN,  ATTORNEY FOR OFFICE OF US TRUSTEE

### *Disposition:*

    Off calendar.  Order (re: expiration date of the stay) to be submitted by:  Poitras